# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Fleming, Joshua

_Plaintiff_
v.

Amtrak

_Defendant(s)_

Case Number: 22-cv-1336-SMY
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

II. **PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of United (state), who resides at Shawnee Correctional Center, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Amtrack transportation service is employed as
   (a) (Name of First Defendant)
   transporting citizens
   (b) (Position/Title)

(10/2010)

with _____ N-A _____
            (c)    (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☒ No
yes

If your answer is YES, briefly explain:

Amtrak Transportation Rur. by government

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Defendant #2:**

C.   Defendant _____ N-A _____ is employed as
            (Name of Second Defendant)

_____ N-A _____
            (Position/Title)

with _____ N-A _____
            (Employer's Name and Address)
            N-A

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain:



Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.  Defendant ___N-A___ is employed as
    (Name of Third Defendant)

___N-A___
(Position/Title)

with ___N-A___
(Employer's Name and Address)

___N-A___

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III. PREVIOUS LAWSUITS

    A.    Have you begun any other lawsuits in this federal court?
        ☐ Yes ☒ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s): N-A

            Defendant(s): N-A

        2.    Case number: N-A

        3.    Name of Judge to whom case was assigned: N/A

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

To: Whom This may Concern. My name is Joshua Fleming. And I would like to be heard And taken very serious pertaining this matter.

On October-2-2019 I was walking with my Head Phones on. As I kept walking I seen Rail Road tracks Ahead of me. As I was walking over the tracks I was struck by a on coming train there was no Lights Blinking there wasn't a stop sign or Any thing to Alert me of a train passing by. there was supose to be guard Rails coming Down to Prevent civilians from crossing. I was struck by a Amtrak train. the speed the train was doing was 60 mph And From the impact I was thrown 160 feet I went to St. Louis University Hospital I was there For 2 months. I was in a coma for 9 Days And I had 9 surgery's in the first 24 Hours Just so they can save my life. I had my Ribs Broken my Femur Crushed I had my Arterie to my heart my Hip was Broken my main it Funtionning is being held by mesh to keep in half which my Right Ankle was snapped to Rehab to learn how to walk again. which is the Reason I had to go I have 2 steel Rods in my right side

(10/2010)

Can find the rest of my injurys in my medical records if you accepts this suit I will present them. now mentally this has affected me very badly I have night terrors every night And I can't get the rumbling sound of the train out of my mind. I am very scared to cross streets I don't think about the good times any more I bee scared to go to sleep because I don't know if I will see tomorrow. I am currently taking mental medication I have black outs, And some times I forget my own name. I wasn't gonna persue this at first but then I thought to myself that "the train that hit me ruined my life. this condition I am in is for life I would never be able to work or stand up very long. I need more surgeries And I need help. So can you please accept my suit and guide me in the right direction thank you And god bless you. Yours truely Joshua Fleming

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ __Ten million__.

Punitive damages in the amount of $ _____.

An ordering requiring defendant(s) to:

__Put a Fence up and No trespassing signs up within the city limits to let civilians know__

A declaration that: __Where to not cross__

Other:

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ●does or ○ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: __5-31-22__
(date)

__6665 State Rt 146 E__
Street Address

__Vienna IL 62995__
City, State, Zip

*(signature)* Joshua F Fleming
Signature of Plaintiff

__Joshua Fleming__
Printed Name

(10/2010)

Joshua Fleming S08305
6606 S State Rt 146 E
Vienna, IL 62995

Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Ave
E. St. Louis, IL 62201

